IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00701-RLV

| | |
|---|---|
| VANCE E. WILLIAMS, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> CAROLYN COLVIN, ACTING ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> **Defendant.** ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's petition for attorney's fees under the Equal Access to Justice Act (the "Motion"). [Doc. No. 26]. In the Motion, the Plaintiff requests attorney's fees in the amount of $6,721.40, representing 35.4 hours of attorney work. Defendant has consented to the Plaintiff's request. [Doc. No. 28]. The Court has reviewed the Plaintiff's request, as well as the evidence submitted in support of the request, and finds the Plaintiff's requested fee and the hours spent prosecuting this matter are reasonable. *See*, *e.g.*, *Rogers v. Astrue*, No. 5:12-CV-00003-RLV-DCK, 2015 WL 9239000, at *3 (W.D.N.C. Dec. 17, 2015) (Voorhees, J.).

Accordingly, it is **HEREBY ORDERED** that the Plaintiff be awarded the sum of $6,721.40 in attorney's fees, subject to any valid offset. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Such sums shall be paid to the order of Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and mailed to his counsel's office.

**SO ORDERED**.

Signed: April 19, 2016

Richard L. Voorhees
United States District Judge